ATTORNEY FOR PRIMEWEST MORTGAGE CORPORATION:  Kent Hale, Craig, Terrill, Hale & Grantham, L.L.P., 9816 Slide Rd, Suite 201, Lubbock, Texas 79424, (806) 744-3232.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-70016-hdh |
| CHARLES SCOTT FRAZER and | § | |
| STACY RENEA FRAZER | § | |
| | § | CHAPTER 13 |

## NOTICE OF APPEARANCE

Please take further notice that Primewest Mortgage Corporation ("PRIMEWEST") by and through its undersigned counsel, the firm of Craig, Terrill, Hale & Grantham, L.L.P., Attn: Kent Hale, 9816 Slide Rd., Suite 201, Lubbock, Texas 79424, hereby enters a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), in the above styled and numbered case.

Please take further notice that PRIMEWEST hereby requests, pursuant to Bankruptcy Rule 2002 and Bankruptcy Code Section 1109(b), that copies of all notices and pleadings giving or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number, facsimile number and email address as indicated.

SIGNED this the _14th_ day of April, 2014.

Respectfully submitted,

CRAIG, TERRILL, HALE & GRANTHAM, LLP.
ATTORNEYS AT LAW
9816 Slide Rd., Suite 201
Lubbock, TX 79424
806.744.3232 - telephone
806.744.2211 - fax
kenth@cthglawfirm.com

By: _____
Kent Hale
SBN 08729700

**ATTORNEYS FOR PRIMEWEST MORTGAGE CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on ____ day of April, 2014 a true and correct copy of the foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail to:

_____
Kent Hale

Debtor(s):
Charles Scott Frazer
Stacy Renea Frazer
2920 Kyle Cove
Wichita Falls, TX 76308

Attorney for Debtor(s)
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301

Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

Primewest Mortgage Corporation
Attn: Susan Mills
PO Box 53420
Lubbock, TX 79423

**Parties Requesting Notice**:

Wilcox Law, PLLC
Attn: Stephen G. Wilcox
*Attorney for Ford Motor Credit Company, LLC*
PO Box 11509
Fort Worth, TX 76110-0509